People v Zaripov (2020 NY Slip Op 51221(U))

[*1]

People v Zaripov (Aleksandr)

2020 NY Slip Op 51221(U) [69 Misc 3d 133(A)]

Decided on October 9, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 9, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., BERNICE D. SIEGAL, WAVNY
TOUSSAINT, JJ

2016-1926 K CR

The People of the State of New York,
Respondent, 
against
Aleksandr Zaripov, Appellant. 

Appellate Advocates (Sean H. Murray of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jodi L. Mandel of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County (John
T. Hecht, J.), rendered July 11, 2016. The judgment convicted defendant, upon his plea of guilty,
of petit larceny. Assigned counsel has submitted a brief in accordance with Anders v California
(386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
ALIOTTA, P.J., SIEGAL and TOUSSAINT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 9, 2020